Filed 4/30/21

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE,

Plaintiff and Respondent,

v.

BYRON WILSON,

Defendant and Appellant.

S087533

Los Angeles County Superior Court

BA164899

---

## ORDER MODIFYING OPINION

THE COURT:

The opinion in this matter, filed April 12, 2021, is modified as follows:

In the second full paragraph on page 14, the second sentence, beginning "The wallet held," is modified to read:

> The wallet held, among other contents, a business card from a gun store, which listed prices for Glock 26 and Glock 30 firearms.

> This modification does not affect the judgment.

1